**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Sanofi, et al.

                              Plaintiff,

v.                                                Case No.: 1:14–cv–01844
                                                       Honorable Ruben Castillo

Sun Pharma Global FZE, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2014:

      MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed without prejudice pursuant to the Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) [11] filed by the plaintiffs on 4/30/14. The status report filing date of 5/9/14 and the status hearing set for 5/14/14 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.